456 A.2d 1095

Bowe, Jr., et ux. v. Torrens, Appellant.

Petition for Allowance of Appeal
Denied June 20, 1983.

Argued November 18, 1981. Michael J. Pepe, Jr., for appellant; Stephen G. Yusem, for appellees.

Before CAVANAUGH, McEWEN and MONTEMURO, JJ.

The judgment of the learned Montgomery County Common Pleas. Court Judge Joseph H. Stanziani is affirmed.

456 A.2d 1095

Carson, Jr., Appellant v. Zacchero.

Petition for Allowance of Appeal
Denied May 13, 1983.

Argued April 12, 1982. Stephen J. Harris, for appellant; James E. Coyne, for appellees.

Before HESTER, JOHNSON and POPOVICH, JJ.

The order of August 24, 1981 is affirmed.